1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DANIEL C. RAMSEY,                    ) NO. CV 08-08147-SGL (MAN)
                                         )
12              Plaintiff,               ) ORDER ADOPTING FINDINGS,
                                         )
13       v.                              ) CONCLUSIONS, AND RECOMMENDATIONS
                                         )
14  LEROY BACA, et al.,                  ) OF UNITED STATES MAGISTRATE JUDGE
                                         )
15              Defendant.               )
    _____)
16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,
19  all of the records herein, and the Report and Recommendation of United
20  States Magistrate Judge.  The time for filing Objections has passed, and
21  no Objections have been filed with the Court.  The Court accepts and
22  adopts the Magistrate Judge's Report and Recommendation, and the
23  findings of fact, conclusions of law, and recommendations therein.
24

25       IT IS ORDERED that:  (1) the motion to dismiss filed by defendant
26  Leroy Baca is granted; (2) the Complaint is dismissed without leave to
27  amend; and (3) Judgment shall be entered dismissing this action without
28  prejudice.

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on all parties of record.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: June 18, 2009.

```
                                    /s/ S.G. Larson
                                 _____
                                      STEPHEN G. LARSON
                                 UNITED STATES DISTRICT JUDGE
```