UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. RAMSEY, | ) NO. CV 08-08147-SGL (MAN) |
|           Plaintiff, | ) |
|     v. | ) JUDGMENT |
| LEROY BACA, et al., | ) |
|           Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: <u>June 18, 2009</u>.

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE